Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PATRICIA WRIGHT,** | ) | Case No. 1:11-cv-01915-JEJ |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **DELMARVA CAPITAL SERVICES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | _____ |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 2nd day of December, 2011.

By: /s Cynthia Z. Levin
**Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff**

Filed electronically on this 2nd day of December, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John E. Jones, III
United States District Court
Middle District of Pennsylvania

This 2nd day of December, 2011.

<u>s/Todd M. Friedman</u>
Todd M. Friedman