Todd M. Friedman, Esq. (PA 310961)
Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA WRIGHT,** ) | Case No. 1:11-cv-01915-JEJ |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY** |
| vs. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| **DELMARVA CAPITAL SERVICES,** ) | |
| **LLC,** ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 3rd day of February, 2012.

        By:   <u>s/Todd M. Friedman</u>
               Todd M. Friedman, Esq. (PA 310961)
               Law Offices of Todd M. Friedman, P.C.
               Attorney for Plaintiff

Filed electronically on this 3rd day of February, 2012, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 3rd day of February, 2012, via the ECF system to:

Honorable John E. Jones, III
United States District Court
Middle District of Pennsylvania

By: s/Todd M. Friedman
    Todd M. Friedman